UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

**CASE NO.:** ED CV 16-260-R                                    **DATE:** May 11, 2016

**TITLE:**  *Donald Maize, III v. United States of America, et al.*
================================================================
**PRESENT:**        **HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

      **Christine Chung**                                         **N/A**
        **Deputy Clerk**                                     **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANT:**

      **Not present**                                           **Not present**

**PROCEEDINGS***:*   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

    Plaintiff(s) is ordered to show cause in writing no later than May 18, 2016 why this action should not be dismissed for lack of prosecution.  The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

   - Proof of Service of summons and complaint

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order will result in the dismissal of the action.


**MINUTES FORM II**                                                              Initials of Deputy Clerk  **CCH**
**CIVIL - GEN**